UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EARL DIAMOND,**  Plaintiffs,  vs.  **RIVERBEND APTS and CHARGER PROPERTIES,**  Defendants. | 2:23-CV-10005-TGB-CI  HON. TERRENCE G. BERG  HON. CURTIS IVY, JR.  **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 119)** |

This matter is before the Court on Magistrate Judge Curtis Ivy, Jr.'s December 6th, 2023 Report and Recommendation (ECF No. 119), recommending that the case be dismissed without prejudice under Fed. R. Civ. P. 4(m).

The Court has reviewed Judge Ivy's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*.

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See*

1

*Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept Judge Ivy's Report and Recommendation of December 6th, 2023 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Ivy's Report and Recommendation of December 6th, 2023 (ECF No. 119) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes this case.

**SO ORDERED** this 16th day of January, 2024.

Dated: January 18, 2024     /s/Terrence G. Berg
                            HON. TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.

Dated: January 18, 2024            By: s/ Linda Vertriest
                                       Case Manager


                                   BY THE COURT:


                                   /s/Terrence G. Berg
                                   TERRENCE G. BERG
                                   United States District Judge